**Deny Opinion Filed September 29, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-21-00718-CV**
_____

**IN RE JAY SANDON COOPER AND TERESA WARD COOPER, Relators**

**Original Proceeding from the Local Administrative Law Judge**
**Collin County, Texas**
**Trial Court Cause No. Not Assigned, Petition not Filed**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, and Goldstein
Opinion by Justice Goldstein

In this petition for writ of mandamus, relators challenge the trial court's order denying relator Jay Sandon Cooper, a vexatious litigant, permission to file an original proceeding as an intervenor with his wife, Teresa Ward Cooper named as the petitioner. Entitlement to mandamus relief requires a relator to show that the trial court clearly abused its discretion and that he lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

Based on our review of the petition, we conclude that relators have failed to demonstrate a clear abuse of discretion. Accordingly, we deny the petition for writ of mandamus.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

210718F.P05